

# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| RAUL SUAREZ RAMIREZ, | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:19-cv-14 |
| v. | * | |
| D. RAY JAMES PRIVATE INSTITUTION, et al., | * | |
| Defendants. | * | |

### O R D E R

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation.  Dkt. No. 7.  Plaintiff did not file Objections to this Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court.  The Court **DISMISSES** Plaintiff's claims against Defendants D. Ray James Private Institution, GEO Group, Inc., Chalmers, Jones, Wilpler, Staines, Leuger, Norman, Irre, Goodwin, Sprulles, Jeffers,

AO 72A
(Rev. 8/82)

O'Quinn, and Kossakwski. Plaintiff's First Amendment claims against Defendants Eason and Dye remain pending.[1] Dkt. No. 8.

**SO ORDERED**, this 15 day of June, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Plaintiff's Complaint was brought under <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971), as he is housed in a federal contract facility and names federal actors as Defendants.

2